# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KEVIN P. MORRIS  
1718 - 16TH AVENUE, #4  
ROCKFORD, IL  61104

SSN-xxx-xx-3372

Case Number: 07-73021

Case filed on: 12/13/2007  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $300.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 69.69 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 69.69 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 18,745.35 | 18,745.35 | 0.00 | 0.00 |
|  | Total Priority | 18,745.35 | 18,745.35 | 0.00 | 0.00 |
| 999 | KEVIN P. MORRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK | 10,151.36 | 10,000.00 | 0.00 | 207.00 |
|  | Total Secured | 10,151.36 | 10,000.00 | 0.00 | 207.00 |
| 001 | JP MORGAN CHASE BANK | 0.00 | 151.36 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 6,472.09 | 6,472.09 | 0.00 | 0.00 |
| 003 | ALPINE BANK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN CASH-N-GO INC | 4,352.38 | 4,352.38 | 0.00 | 0.00 |
| 005 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 227.12 | 227.12 | 0.00 | 0.00 |
| 007 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,512.85 | 1,512.85 | 0.00 | 0.00 |
| 009 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDIT SOLUITIONS | 88.83 | 88.83 | 0.00 | 0.00 |
| 011 | DEAN MCCORMICK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FIRST BANK OF DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PREMIER BANKCARD/CHARTER | 453.63 | 453.63 | 0.00 | 0.00 |
| 014 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | 2,558.00 | 2,558.00 | 0.00 | 0.00 |
| 015 | PALISADES COLLECTION, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 2,205.95 | 2,205.95 | 0.00 | 0.00 |
| 018 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD UROLOGICAL ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SAGE TELECOM | 117.06 | 117.06 | 0.00 | 0.00 |
| 021 | SECURITY FINANCE | 970.00 | 970.00 | 0.00 | 0.00 |
| 022 | SKO BRENNER AMERICAN, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SPRINT NEXTEL - DISTRIBUTION | 192.69 | 192.69 | 0.00 | 0.00 |
| 024 | TABAKS HEALTH PRODUCTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WORLD FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ASSET ACCEPTANCE CORP | 528.18 | 528.18 | 0.00 | 0.00 |
| 029 | JEFFERSON CAPITAL SYSTEMS, LLC | 589.09 | 589.09 | 0.00 | 0.00 |
| 030 | LVNV FUNDING LLC | 823.82 | 823.82 | 0.00 | 0.00 |
| 031 | PORTFOLIO RECOVERY ASSOCIATES | 2,329.81 | 2,329.81 | 0.00 | 0.00 |
| 032 | PORTFOLIO RECOVERY ASSOCIATES | 552.83 | 552.83 | 0.00 | 0.00 |
| 033 | PORTFOLIO RECOVERY ASSOCIATES | 673.85 | 673.85 | 0.00 | 0.00 |
|  | Total Unsecured | 24,648.18 | 24,799.54 | 0.00 | 0.00 |
|  | Grand Total: | 56,544.89 | 56,544.89 | 69.69 | 207.00 |

Total Paid Claimant:          $276.69  
Trustee Allowance:             $23.31  
Percent Paid Unsecured:         0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/01/2008              By  /s/Heather M. Fagan